UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.:  18-24251-BKC-AJC
                                                                          Chapter 7
**IDELLA GORE**
SSN: XXX-XX-1569

      Debtor(s).          /

### JOEL L. TABAS, TRUSTEE'S SECOND AGREED *EX PARTE* MOTION TO ENLARGE (A) TIME TO FILE OBJECTIONS TO DEBTORS' CLAIMED EXEMPTIONS AND (B) TIME TO FILE COMPLAINT OBJECTING TO DEBTORS' DISCHARGE

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Idella Gore (the "Trustee"), through counsel, files this Second Agreed *Ex Parte* Motion to Enlarge (A) Time to File Objections to Debtors' Claimed Exemptions and (B) Time to File Complaint Objecting to Debtors' Discharge (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b) and Local Rule 9013-1(C) and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on November 16, 2018.

2. The § 341 Meeting of Creditors was scheduled and held on December 19, 2018.

3. The deadline for the Trustee to (a) file objections to the Debtors' claimed exemptions is January 18, 2019 (b) file a complaint objecting to the Debtors' discharge is March 19, 2019.

4. After an initial review of the Debtors' petition, documents and schedules, additional information is needed from the Debtors in order for the Trustee to determine (a) whether there is any basis to object to the Debtors' claimed exemptions and (b) whether there is any basis to object to the Debtors' discharge.

5. Accordingly, counsel for the Trustee requests an enlargement, up to and including, March 19, 2019, for the Trustee to file (a) objections to the Debtors' claimed exemptions and (b) a complaint objecting to the Debtors' discharge.

6. This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

7. Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

8. Pursuant to Local Rule 5005-1(G), a proposed Order accompanies this Motion.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Idella Gore, respectfully requests this Honorable Court enter an Order: (1) finding that cause exists to enlarge the time for the Trustee to file objections to the Debtors' claimed exemptions; (2) enlarging the time for the Trustee to file objections to the Debtors' claimed exemptions, up to and including, May 17, 2019; (3) finding that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtors' discharge; (4) enlarging the time for the Trustee to file a complaint objecting to the Debtors' discharge up to and including, May 17, 2019; and (5) granting such other and further relief as this Court deems just and proper.

*[Remainder of page left blank intentionally]*

CASE NO.: 18-24251-BKC-AJC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 18, 2019, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Idella Gore
2001 NW 183rd St
Miami Gardens, FL 33056

        Respectfully submitted,

        /s/ Joel L. Tabas
        Joel L. Tabas
        Fla. Bar No. 516902
        Tabas & Soloff, P.A.
        Attorneys for Trustee, Joel L. Tabas
        25 S.E. 2nd Avenue, Suite 248
        Miami, Florida  33131
        Telephone:   (305) 375-8171
        Facsimile:    (305) 381-7708
        Jtabas@tabassoloff.com